UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BROWN J. RODGERS, III;
PAMELA D. FANNING and
FREDERICK F. LISCOE,

    Plaintiffs,

v.                                                Case No. 3:14cv62/MCR/CJK

DAVID INGRAM, individually,
CLIFFORD KILLINGSWORTH and
CLINTON KILLINGSWORTH,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On August 31, 2015, the undersigned entered an order directing plaintiff Brown James Rodgers, III, to show cause within seven (7) days why his claims should not be dismissed for failure to abide by his discovery obligations and failure to comply with orders of the court (doc. 184). The undersigned advised plaintiff that, in the event he failed to timely respond, the undersigned would recommend that his claims be dismissed. More than thirty days have passed and plaintiff Brown J. Rodgers, III, has not responded to the show cause order. The undersigned thus finds that Rodgers' claims should be dismissed for failure to comply with an order of the court and/or failure to prosecute.

Case No. 3:14cv62/MCR/CJK

Accordingly, it is respectfully RECOMMENDED that all claims of plaintiff Brown J. Rodgers, III, be DISMISSED WITHOUT PREJUDICE.

At Pensacola, Florida, this 27th day of October, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**