UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BROWN J. RODGERS, III;**
**PAMELA D. FANNING and**
**FREDERICK F. LISCOE,**

    **Plaintiffs,**

v.                                         Case No. 3:14cv62/MCR/CJK

**DAVID INGRAM, individually,**
**CLIFFORD KILLINGSWORTH and**
**CLINTON KILLINGSWORTH,**

    **Defendants.**
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 27, 2015. (ECF No. 207). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and/or failure to prosecute.

**DONE AND ORDERED** this 30th day of November, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**